**Range Resources Corporation (RRC)**  **Jacobowitz, Howard**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/6/2017 | 1,500 | $27.9243 |