## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:21-CV-00301-RJC |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROBER S. MANNY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW, this 4th day of May, 2021, noting the four pending Motions for Appointment of Counsel and Appointment as Lead Plaintiff (ECF Nos. 11, 14, 17 and 20), it is ORDERED that any member of the purported plaintiff class wishing to prove that a prospective lead plaintiff will not fairly and adequately protect the interests of the class or is subject to unique defenses that render such plaintiff incapable of adequately representing the class must do so with the filing of a Response in Opposition thereto on or before **Friday, May 28, 2021**. Any reply shall be filed on or before **June 11, 2021**.

s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

cc: record counsel via CM-ECF