## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY,<br><br>Defendants. | Civil Action No. 2:21-cv-00301-RJC |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Jeremy A. Lieberman,

Esquire, it is hereby ORDERED that said Motion be and hereby is GRANTED and Jeremy A.

Lieberman, Esquire is hereby admitted to this Court *pro hac vice* for the purpose of representing

Plaintiff Howard Jacobowitz and Lead Plaintiff Movant, Hugh Melnick in the above-captioned

action.

SO ORDERED.

BY THE COURT

_____
HONORABLE **ROBERT J. COLVILLE,**
UNITED STATES DISTRICT JUDGE