## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:21-CV-00301-RJC ) |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROBER S. MANNY, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

AND NOW, to-wit, this 16th day of June, 2021, upon consideration of the Motion to Transfer Venue to the Northern District of Texas filed by Defendants Range Resources, Corporation, Jeffrey L. Ventura, Mark S. Scucchi, and Roger S. Manny (ECF No. 26) it is hereby ORDERED, ADJUDGED and DECREED that Defendants' motion is GRANTED. This action hereby is TRANSFERRED to the United States District Court for the Northern District of Texas FORTHWITH.  The Clerk of Court shall mark this case as CLOSED.

/s/ *Robert J. Colville*
Robert J. Colville
United States District Court Judge